ORDERED.

**Dated:  January 30, 2019**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:                                            )
                                                  )
Brianna Lynne Chadic,                             )        CASE # 6:18-bk-07236-KSJ
                                                  )        CHAPTER 7
_____Debtor._____     )

## ORDER AUTHORIZING RETENTION OF BK GLOBAL REAL ESTATE SERVICES AND IMT REALTY LLC TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330

THIS CASE came on for consideration without hearing on the Trustee's Application to Retain BK Global Real Estate Services and IMT Realty LLC to Market and Conduct Short Sale Auction Pursuant to 11 U.S.C. §§327 and 328 (Doc. No. 14) filed on January 29, 2019.  The Court concludes that BK Global Real Estate Services and IMT Realty LLC do not hold or represent an interest adverse to the estate and are disinterested persons within the meaning of Section 101(14) of the Bankruptcy Code.  The Court further concludes that BK Global Real Estate Services and IMT Realty LLC are qualified to represent the Trustee and that the Court's authorization of their employment is in the best interest of the estate.  Accordingly, it is

**ORDERED** the Application is granted and the Court approves the retention of BK Global Real Estate Services and IMT Realty LLC to sell real property located at 5 Ox Hill Lane Norwich, CT 06360.  All compensation authorized is subject to the provisions of Section 330 of the Bankruptcy Code and any hourly rate is not guaranteed and is subject to review and no payment whatsoever shall be made to the attorney absent application and order.

Trustee, Richard B. Webber II, is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.