UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

BRIANNA LYNNE CHADIC,   Case No.:  6:18-bk-07236-KSJ
                        Chapter:  7
　　　Debtor.
_____/

**RESPONSE TO CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(B), (F), AND (M), (II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, AND (III) OTHER RELIEF**

　　　Dime Bank (the "Secured Creditor"), by and through undersigned counsel, responds to the Chapter 7 Trustee's Motion To (I) Approve A Short Sale Of Real Property Free And Clear Of Liens, Claims, Encumbrances, And Interests Pursuant To 11 U.S.C. § 363(B), (F), And (M), (II) Surcharge Agreement Between Secured Lender And The Estate, And (III) Other Relief (the "Motion") (Doc. No. 31) and in support thereof, Secured Creditor states as follows:

　　　1.　　This case was commenced by the filing of a voluntary Chapter 7 petition on November 20, 2018 by Brianna Lynne Chadic, (the "Debtor").

　　　2.　　Secured Creditor holds a mortgage lien against the Debtor's property located at 5 Ox Hill Lane, Norwich, Connecticut 06360 (the "Property").

　　　3.　　On November 7, 2019, the Trustee filed the Motion seeking authority to short sell the Property for $150,000.00 and seeking approval of a surcharge for the benefit of the bankruptcy estate.

　　　4.　　Section 363(f) provides that property of the Estate can be sold free and clear of

liens if . . . "(2) such entity consents; (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property . . . "

5. Secured Creditor conditions its consent for purposes of §363(f)(2) upon inclusion of language in the Order that states that the approval of the short sale is contingent on Secured Creditor's written approval and the terms of said written approval including the deadline for closing.

6. Secured Creditor reserves the right to supplement and/or amend this Response.

WHEREFORE, the Secured Creditor requests that the Court enter an order approving Chapter 7 Trustee's Motion To (I) Approve A Short Sale Of Real Property Free And Clear Of Liens, Claims, Encumbrances, And Interests Pursuant To 11 U.S.C. § 363(B), (F), And (M), (II) Surcharge Agreement Between Secured Lender And The Estate, And (III) Other Relief with the additional language requested by Secured Creditor, and for such other and further relief as the Court deems just and proper.

McCalla Raymer Leibert Pierce, LLC

By: */s/Melbalynn Fisher*
Melbalynn Fisher
Florida Bar No. 107698
Attorney for Creditor
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: 954-526-5846
Fax: 954-526-5846
Email: Melbalynn.fisher@mccalla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on November 25, 2019 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail, First Class to Brianna Lynne Chadic, 1066 Osprey Drive, Melbourne, FL 32940.

By:     /s/Melbalynn Fisher
             Melbalynn Fisher

- Bradley J Anderson banderson@zkslawfirm.com, jconcannon@zkslawfirm.com;jwenhold@zkslawfirm.com;service@zkslawfirm.com
- Michael Faro mfaro@farolaw.com, 1744@notices.nextchapterbk.com;faromr68510@notify.bestcase.com
- Melbalynn Fisher Melbalynn.Fisher@mcccalla.com, FLBKECF@mccalla.com
- United States Trustee - ORL7/13 USTP.Region21.OR.ECF@usdoj.gov
- Richard B Webber F001@ecfcbis.com, rschohl@zkslawfirm.com;rwebber@zkslawfirm.com

_____
McCalla Raymer Leibert Pierce, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301